**Debra Ann BOLLINGER,
Plaintiff–Appellant,**

v.

**James Louis KELLOGG, Defendant–
Respondent.**

No. 71050.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 28, 1997.

Cervantes & Associates, Leonard P. Cervantes & Frank Carretero, St. Louis, for appellant.

Rabbitt, Pitzer & Snodgrass, P.C., Gary E. Snodgrass, Douglas S. Dove & Paula J. Coughlin, St. Louis, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. 1–4 Judgment affirmed in accordance with Rule 84.16(b).